UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JESSE SMITH,

                Plaintiff,                            22 Civ. 6457(AEK)

        -against-                                **ORDER**

TARGET DEPARTMENT STORES, INC.,

                Defendant.

-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        The Court has been informed that the parties have reached a settlement in principle in this matter.  ECF No. 22.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order.  Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated:  December 29, 2022
        White Plains, New York

                           _____
                            ANDREW E. KRAUSE
                            United States Magistrate Judge